IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| MICHAEL McNULTY, | ) | CAUSE NO. CV-20-07-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING PLAINTIFF'S** |
| | ) | **UNOPPOSED MOTION FOR** |
| AGRONOMY SCIENCES LLC d/b/a | ) | **EXTENSION OF TIME TO** |
| HEFTY SEED COMPANY; and | ) | **RESPOND TO MOTIONS IN** |
| DOES 1-10, | ) | **LIMINE AND MOTIONS FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendants. | ) | |

Upon motion of the Plaintiffs, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties may have up to and including May 14, 2021 to file their responses to Motions in Limine and Motions for Summary Judgment.

DATED this 22nd day of April, 2021.

_____
John Johnston
United States Magistrate Judge